IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00249-REB-BNB

KRIS NEWLAND,

    Plaintiff,

v.

CAROL A. CHAMBERS, in her individual capacity and in her official capacity as District Attorney of the Eighteenth Judicial District of the State of Colorado, and
JOSHUA JAY WILLIFORD, in his individual capacity,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal With Prejudice** [#27] filed September 1, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#27] filed September 1, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for January 28, 2011, is **VACATED**;

3. That the jury trial set to commence February 14, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 1, 2010, at Denver, Colorado.

                          BY THE COURT:

                          */s/ Bob Blackburn*
                          Robert E. Blackburn
                          United States District Judge