**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00249-REB-BNB

KRIS NEWLAND,

    Plaintiff,

v.

CAROL A. CHAMBERS, in her individual capacity and in her official capacity as District Attorney of the Eighteenth Judicial District of the State of Colorado, and
JOSHUA JAY WILLIFORD, in his individual capacity,

    Defendants.

---

## MINUTE ORDER[1]

---

    The matter comes before the court on defendants' **Motion To Substitute Correct First Page** [#29] filed September 2, 2010. The motion is **GRANTED** and the **Stipulation For Dismissal With Prejudice** [#29-1] is **SUBSTITUTED** for the first page of the Stipulation of September 1, 2010.

    Dated: September 7, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.